**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

STEVEN REEVES and
KRISTY REEVES,

Plaintiffs,

v. Civ. No. 26-1038 KWR/GBW

TYLER BERGER, TIMOTHY WILDES, and
TIMOTHY WILDES SHOWHORSES,

Defendants.

**ORDER**

THIS MATTER comes before the Court on review of the docket. On July 8, 2026, the Court granted Plaintiffs' Motion for Alternative Service. *Doc. 15*. The docket shows that Defendant Timothy Wildes Show Horses was served pursuant to that order on July 21, 2026. *Doc. 20*. Timothy Wildes, the individual defendant and alleged operator of Timothy Wildes Showhorses, *see doc. 2* at 1-2, filed an answer in this case on August 10, 2026. *Doc. 21*. However, to date, there has been no appearance of counsel or answer from Timothy Wildes Showhorses.[1]

Under Fed. R. Civ. P. 12(a), a defendant must serve an answer within 21 days after service unless service has been waived. Fed. R. Civ. P. 12(a)(1)(A)(i). Further, "[a]

[1] In Defendant Wildes' answer, he admitted that "Timothy Wildes Showhorses is identified in the Complaint" but explicitly denied "any allegation inconsistent with separate legal status, ownership, operation, or liability of any business entity and demands strict proof of all allegations concerning any entity." *Doc. 21* at 2.

corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court." D.N.M.LR-Civ. 83.7.

Therefore, it appears that Defendant Timothy Wildes Showhorses may be in default pursuant to Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."). However, Plaintiff has not sought any relief pursuant to Fed. R. Civ. P. 55(a) nor filed the necessary supporting documentation.

IT IS THEREFORE ORDERED that, within **14 days** of this order, Timothy Wildes Showhorses shall appear through an attorney and file a responsive pleading pursuant to Fed. R. Civ. P. 12. If it does not do so, Plaintiff must proceed pursuant to Fed. R. Civ. P. 55(a) or risk the claim against Timothy Wildes Showhorses being dismissed for failure to prosecute.

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE